CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 1 6 2008

JOHN F. CORCORAN, CLERK
BY: /s/
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| STELLA M. HINKLE, | Case No. 4:07CV00040 |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | By: Jackson L. Kiser<br>Senior United States District Judge |
| Defendant. | |

Before me is the Report and Recommendation ("Report") of the United States Magistrate Judge recommending that the Commissioner's Motion for Summary Judgment be granted and the case dismissed from the docket of this Court. This Report was filed April 25, 2008, from which the parties had ten (10) days to file objections. No objections were filed.

Accordingly, it is this day **ADJUDGED** and **ORDERED** that the Report and Recommendation shall be, and hereby is, **ADOPTED** in its entirety. The Commissioner's Motion for Summary Judgment is **GRANTED**, and the case is **DISMISSED** from the docket of this Court.

Entered this 16th day of May, 2008.

*/s/ Jackson L. Kiser*
Senior United States District Judge

1